## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
## Case No. 1:07-CV-191-R

PATRICIA D. ABERNATHY                                                                PLAINTIFF

V.

STAN KOCH & SONS
TRUCKING, INC.
DAVID M. MOODY                                                                      DEFENDANTS

## ORDER

Plaintiff has filed a motion to continue. (DN 20) Defendants have responded and plaintiff has replied.  Defendant did not object to the motion.

The motion to continue is granted.  A **telephonic conference** is set on **September 26, 2008 at 10:45 a.m. CDT**. The Court will place the call to counsel.

**IT IS SO ORDERED.**


cc:     Counsel